**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 01-6468**

―――――――――

FRANCIS J. GREEN, JR.,

Plaintiff - Appellant,

versus

J. SHIMKO, Correction Officer II,

Defendant - Appellee,

and

RONALD JONES, #292-378,

Defendant.

―――――――――

Appeal from the United States District Court for the District of Maryland, at Baltimore. Frederic N. Smalkin, District Judge. (CA-00-2666-S)

―――――――――

Submitted: August 23, 2001          Decided: August 29, 2001

―――――――――

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Francis J. Green, Jr., Appellant Pro Se. John Joseph Curran, Jr., Attorney General, Stephanie Judith Lane-Weber, Assistant Attorney General, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Francis J. Green, Jr. appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  <u>See</u> <u>Green v. Shimko</u>, No. CA-00-2666-S (D. Md. filed Feb. 12, 2001, entered Feb. 13, 2001).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2